CAUSE NO. 13-15-0030/-CR

CHARLES LEE    §    IN THE THIRTEENTH

V.    §    COURT OF APPEALS

STATE OF TEXAS    §    OF TEXAS. THE STATE OF TEXAS

FILED
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI
OCT 13 2015
DORIAN E. RAMIREZ, CLERK
BY

RECEIVED
OCT 13 2015
13th COURT OF APPEALS

## MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

TO THE HONORABLE JUSTICES    OF THE 13th COURT APPEALS:

Comes now, Charles Lee, the Appellant, in the above styled and numbered cause, and Files this motion For appointment of counsel on Appeal. Which his direct brief is due December 2, 2015, in support of this motion, Appellant shows the following:

### I.

The Appellant submitted a motion For the testing OF DNA regarding his conviction in cause NO. 995654- For the offense of Robbery. For which he was sentenced on December 12th 2002. In 2008 A Mr David Crawford was appointed by 167th court to Assist Appellant on setting a DNA. On May 6th 2015 the New presiding Judge of 167th denied such motion to have evidence tested For DNA, Counsel Fail To Notify Appellant, a grievance was Filed. Now Counsel Mr Crawford has filed A motion with the 13th court of appeals to withdraw From this case, on Oct-1-2015. Which have Left Appellant with out A counsel For a on Appeal, which Appellant is entitle To a Appeal.

### II.

Appeal brief is Due December 2nd 2015. Appellant request For A Appointment OF Counsel. Before this date. To Assist

1 OF 3

him on his direct appeal from the judgment in 167th court, from a DNA motion filed & denied May 8th 2015. And appeal transfered from the 3th court of appeals too the 13th court of appeals.

## III

This is appellant "second" request for appointment of counsel, in this appeal, cause number 13-15-00301-CR.

Appellant clearly wants a counsel to represent him in this cause.

Respectfully submitted

Charles Lee #904078

Charles Lee
RT.2. Box 4400
Gatesville, Texas 76597

## Certificate of Service

I certify that on October 9th 2015 a true & correct copy of the foregoing document was mailed by U.S. mail to the following prepaid,

Hon. clerk of the 13th court of appeals. 901 Leopard St. 10th Floor Corpus Christi, Texas 78401,

Hon. District clerk of Travis County VELVA L. Price p.o. Box 67900 Austin, Texas 78767-9003

Hon. clerk of the 167th court 509 West 11th Street 7th Floor Austin, Texas 78701

Hon. District atty. Rosemary Lehmberg p.o. Box 1748 Austin, Texas 78767

Charles Lee #904078
Alfred Hughes Unit
RT.2. Box 4400
Gatesville, Texas 76597

2 of 3

CHARLES LEE

Vs

STATE OF TEXAS

    §    IN THE THIRTEENTH

    §    COURT OF APPEALS

    §    OF THE STATE OF TEXAS

    §

    §

# ORDER

On this ___ day of _____, 20___, came to be heard Appellant's motion for appointment of counsel on appeal concerning the above cause from a DNA motion. After hearing such a motion, it ais hearby GRANTED and _____ ATTORNEY

NAME AND ADDRESS ZIP CODE

AT LAW is appointed to assist Appellant in his appeal concerning the above cause.

_____

JUDGE PRESIDING

Charles Lee #904078
Alfred Hughes Unit
RT.2, Box 4400
Gatesville, Texas 76597

Style LEE VS, STATE OF TEXAS

RE: Appeal / Request For Appoint of Counsel

Appeal No, 13-15-00301-CR

Trial Court No. 995654

Court, 167th

Date Oct 9th 2015

"Cover Letter"

Dear clerk;

Enclosed please find appellants motion for appointment of counsel for appeal, Also find enclosed, certificate of service & order, please date filed & bring to the courts attention for a ruling. your cooperation is well needed,

yours Truly

Charles Lee

RECEIVED

OCT 13 2015

13th COURT OF APPEALS